Jose Abel **GAMEZ–PEREZ**, Petitioner,

v.

Loretta E. **LYNCH**, Attorney General, Respondent.

No. 15–71141

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2016 *

FILED June 20, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Michael Bruce Anderson, Attorney, Michael Anderson, Mendocino, CA, for Petitioner.

Mona Maria Yousif, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Jose Abel Gamez–Perez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir. 2005). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Gamez–Perez's unexhausted contentions that the IJ erred and violated due process by relying on his criminal history in the hardship analysis. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (we lack jurisdiction to review legal claims not presented in an alien's administrative proceedings before the BIA).

Accordingly, Gamez–Perez's contention that the BIA erred in failing to address these claims is without merit, where he failed to raise them to the BIA.

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**